1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10   DINH CANH TRAN,                          )   No. SACV 12-2015 JSL (FFM)
                                             )
11               Petitioner,                 )   ORDER ACCEPTING FINDINGS,
                                             )   CONCLUSIONS AND
12        v.                                 )   RECOMMENDATIONS OF
                                             )   UNITED STATES MAGISTRATE JUDGE
13   WARDEN RICHARD B. IVES,                 )
                                             )
14               Respondent.                 )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17   and files herein, and the Report and Recommendation of the United States Magistrate

18   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19   with and accepts the findings, conclusions and recommendations of the Magistrate

20   Judge.

21        IT THEREFORE IS ORDERED that Judgment be entered dismissing this action

22   without prejudice.

23

24   DATED: 5/3/13

25

26                                          _____
                                                        J. SPENCER LETTS
27                                                 United States District Judge

28