UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINH CANH TRAN,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN RICHARD B. IVES,<br><br>        Respondent. | No. SACV 12-2015 JSL (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 5/3/13

*Spencer Letts*

_____
J. SPENCER LETTS
United States District Judge