UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DINH CANH TRAN, | ) | No. SACV 12-2015 JSL (FFM) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN RICHARD B. IVES, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 5/3/13

*Spencer Letts*

J. SPENCER LETTS
United States District Judge